■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRELL SANDERS, Appellant. [618 NYS2d 557] —Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Barasch, J.), imposed July 15, 1993, upon his conviction of attempted murder in the second degree and robbery in the first degree, upon his plea of guilty, the sentence being concurrent indeterminate terms of 6 to 12 years imprisonment.

Ordered that the sentence is affirmed.

Appellate review of the issue raised by the defendant was effectively waived by him as part of his plea agreement. Accordingly, the judgment of conviction is affirmed *(see, People v Allen,* 82 NY2d 761; *People v Callahan,* 80 NY2d 273; *People v Seaberg,* 74 NY2d 1).* In any event, the sentence imposed was not excessive. Mangano, P. J., Rosenblatt, Miller, Copertino and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH SAUNDERS, Also Known as RONALD EVANS, Appellant. [618 NYS2d 557] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated October 9, 1990 *(People v Saunders,* 166 AD2d 546), affirming a judgment of the Supreme Court, Kings County, rendered January 22, 1988, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745).* Mangano, P. J., Bracken, Balletta and Rosenblatt, JJ., concur.